FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **BRIAN JOSEPH MCMONAGLE**, | No. 12-15360 |
| Petitioner - Appellant, | D.C. No. 2:11-cv-02115-GGH |
| v. | |
| **DON L. MEYER, Chief Probation Officer, Sacramento County**, | **ORDER** |
| Respondent - Appellee. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.